# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**PAUL J. SMITH,**

   **Plaintiff,**

**v.**                 **Case No.: 2:16-cv-1010**
                   **JUDGE GEORGE C. SMITH**
                   **Magistrate Judge Vascura**

**COMMISSIONER OF SOCIAL SECURITY,**

   **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on January 2, 2018, recommending that the Court reverse the Commissioner of Social Security's nondisability finding and remand this case to the Commissioner and the administrative law judge pursuant to Sentence Four of § 405(g). (Doc. 25). The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*. Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*. The nondisability finding of the Commissioner of Social Security is hereby **REVERSED** and this case is hereby **REMANDED** to the Commissioner and the administrative law judge pursuant to Sentence Four of § 405(g).

The Clerk shall remove Document 25 from the Court's pending motions list and enter final judgment in this case.

   **IT IS SO ORDERED.**

                   */s/ George C. Smith*
                   **GEORGE C. SMITH, JUDGE**
                   **UNITED STATES DISTRICT COURT**